UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| **Case No.** | **LA CV 19-01418-VBF-KK** | **Dated: March 2, 2020** |
| **Title:** | ***Layvonta Irvin, Plaintiff v. Correctional Officer Roldan, Defendant*** | |

PRESENT: HON. VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| | |
|---|---|
| Stephen Montes Kerr | N/A |
| Courtroom Deputy | Court Reporter |
| Attorney Present for Plaintiff: n/a | Attorney Present for Def.: n/a |

**Proceedings (in chambers): ORDER**  Dismissing Action With Prejudice Pursuant to Joint Stipulation

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and pursuant to the joint stipulation of the parties filed on February 26, 2020 (CM/ECF Document 46), this action is **DISMISSED WITH PREJUDICE**.

Each party shall bear its own litigation costs and attorneys' fees.

This case is **TERMINATED (JS-6).**

IT IS SO ORDERED.